In the Matter of RONALD JOHNSON, Appellant, v JOHN PRITCHARD, as Chief of the New York City Transit Police Department, et al., Respondents.

Submitted June 29, 1998; decided September 15, 1998

Motion for leave to appeal dismissed as untimely (CPLR 5513 [b]; 2103 [b] [2]).